No. 22-5703

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

**DERIC LOSTUTTER, et al.,**
*Plaintiffs-Appellants,*

v.

**COMMONWEALTH OF KENTUCKY,**
*Defendant*

and

**ANDREW G. BESHEAR, in his official capacity as Governor of Kentucky,**
*Defendant-Appellee*

---

## UNOPPOSED PLAINTIFFS-APPELLANTS' MOTION FOR AN EXTENSION OF TIME

ON APPEAL FROM
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
The Honorable Karen K. Caldwell, Presiding

---

BEN CARTER
Kentucky Bar No. 91352
KENTUCKY EQUAL JUSTICE CENTER
222 South First Street, Ste. 305
Louisville, KY 40202
*ben@kyequaljustice.org*
Phone: (502) 303-4062

JON SHERMAN
MICHELLE KANTER COHEN
CECILIA AGUILERA
FAIR ELECTIONS CENTER
1825 K St. NW, Suite 450
Washington, DC 20006
*jsherman@fairelectionscenter.org*
*mkantercohen@fairelectionscenter.org*
*caguilera@fairelectionscenter.org*
(202) 331-0114

*Attorneys for Plaintiffs-Appellants*

Plaintiffs-Appellants (hereinafter, "Plaintiffs") respectfully move this Court for an extension of the current briefing schedule pursuant to Federal Rule of Appellate Procedure 26(b). Good cause exists to extend the briefing schedule for this appeal. Fair Elections Center, a national non-partisan voting rights organization based in Washington, D.C. has a legal team of three attorneys and one legal fellow, and a very active litigation docket that has increased significantly in volume in recent months, continues to pick up speed, and will continue to increase in the weeks leading up to the 2022 general election. Specifically, the Center is facing other fast-approaching deadlines for responsive briefing in a federal case in the U.S. District Court for the District of Arizona (September 20 and October 15), an amicus brief in the U.S. Supreme Court (October 26), and it will soon file a new action in a third court seeking relief in advance of the November election. Additionally, some of the attorneys of record for Plaintiffs listed below are contributing to preparation for oral argument next week in an appeal before the U.S. Court of Appeals for the Eleventh Circuit. Finally, Election Day itself always requires and generates a significant amount of work for the Center's attorneys on both the front and back ends.

The parties to this appeal have conferred. Defendant-Appellee has advised Plaintiffs that Defendant-Appellee does not oppose this motion. Further, the parties respectfully propose the following dates for a modified briefing schedule: November 21, 2022 for Appellants' Principal Brief; December 21, 2022 for Appellee's

Principal Brief; and, due to the holiday break, January 18, 2023 for Appellants' Reply Brief.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant this unopposed motion and order the agreed-upon, proposed schedule.

DATED: September 9, 2022

Respectfully submitted,

*/s/ Jon Sherman*

Jon Sherman
D.C. Bar No. 998271
Michelle Kanter Cohen
D.C. Bar No. 989164
Massachusetts Bar No. 672792 (inactive)
Cecilia Aguilera
D.C. Bar No. 1617884
FAIR ELECTIONS CENTER
1825 K St. NW, Suite 450
Washington, DC 20006
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org
Phone: (202) 331-0114

Ben Carter
Kentucky Bar No. 91352
KENTUCKY EQUAL JUSTICE CENTER
222 South First Street, Ste. 305
Louisville, KY 40202
ben@kyequaljustice.org
Phone: (502) 303-4062

*Counsel for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2022, an electronic copy of this Unopposed Plaintiffs-Appellants' Motion for an Extension of Time was filed with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. The undersigned also certifies that participants who are registered CM/ECF users will be served via the CM/ECF system.

*/s/ Jon Sherman*

September 9, 2022